■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS J. ADAMS, Relator, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital,

Respondent.— Application by petition, sworn to December 1, 1960, for a writ of habeas corpus, denied on the ground that the petition fails to comply with section 1234 of the Civil Practice Act. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.